IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41477
Conference Calendar
_____


JAMES EDWARD PATTERSON,

                                        Plaintiff-Appellant,

versus

HARRY W. MCKEE; D.H. CARTER;
JOHN DOES, 1-300,*

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:96-CV-506
- - - - - - - - - -

February 9, 1999

Before BARKSDALE, and EMILIO M. GARZA, Circuit Judges.*

PER CURIAM:**

    Patterson has filed an application for leave to proceed in

forma pauperis (IFP) on appeal, following the district court's

certification that an appeal would be frivolous.  Patterson has

failed to challenge specifically the district court's finding

that his appeal was not taken in good faith and was legally

frivolous.  Although this court liberally construes pro se

_____

    *This matter is being decided by a quorum.  28 U.S.C. §
46(d).

    **  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

briefs, <u>see</u> <u>Haines v. Kerner</u>, 404 U.S. 519, 520-21 (1972), the court requires arguments to be briefed in order to be preserved. <u>Yohey v. Collins</u>, 985 F.2d 222, 225 (5th Cir. 1993). Because Patterson has failed to address the only appealable issue, the district court's certification of the appeal as frivolous, he has abandoned the issue on appeal. <u>See</u> <u>id</u>.

Patterson's request for IFP status is DENIED, and his appeal is DISMISSED as frivolous. <u>See</u> 5TH CIR. R. 42.2; <u>Baugh v. Taylor</u>, 117 F.3d 197, 202 n.24 (5th Cir. 1997). Patterson is cautioned that future frivolous appeals filed by him or on his behalf will invite the imposition of sanctions. He is cautioned further to review any pending appeals to ensure that they do not raise arguments that are frivolous.

IFP DENIED; APPEAL DISMISSED; SANCTIONS WARNING ISSUED.